**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**AUREL SMITH,**

      **Plaintiff,**

  **v.**

**M. WILDERMUTH, et al.,**

      **Defendants.**

**9:11-CV-0241**
**(TJM/TWD)**

_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

**I.**     **INTRODUCTION**

This *pro se* action brought pursuant to 42 U.S.C. § 1983, was referred to the Hon. Thérèse Wiley Dancks, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Dancks' Report-Recommendation and Order [dkt. # 66] have been filed, and the time to do so has expired.

**II.**     **DISCUSSION**

After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

**III.**     **CONCLUSION**

Accordingly, the Court **ADOPTS** the Report-Recommendation and Order [dkt. # 66]

1

for the reasons stated therein. Therefore, it is hereby

**ORDERED** that Defendants respond to (1) the excessive force claim against Defendants Wildermuth, Ensel, Slater, Hale, Morris, and Noethe; (2) the conspiracy claim against Defendants Wildermuth, Ensel, Slater, Hale, Morris, and Noethe; (3) the First Amendment claim against Defendant Wildermuth; (4) the Eighth Amendment failure-to- intervene claim against Defendants Bailey, Chewens, and Saez; (5) the Eighth Amendment conditions of confinement claim against Defendant Martuscello; and (6) the Eighth Amendment failure-to-protect claim against Defendants Rock and Evans. And it is further

**ORDERED** that the state law claims and the RLUIPA claim are **DISMISSED without leave to amend**; and it is further

**ORDERED** that the equal protection claim against Defendant Martuscello is **DISMISSED with leave to amend**.

Dated: January 29, 2015

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge